United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 98-1128NE

_____

Martin R. Stacy,                          *
                                          *
                 Appellant,               *       Appeal from the United States
                                          *       District Court for the District
        v.                                *       of Nebraska.
                                          *
United States of America,                 *           [UNPUBLISHED]
                                          *
                 Appellee.                *

_____

Submitted: February 5, 1998
Filed: February 10, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

        Martin R. Stacy appeals the district court's order granting the Government's
motion to dismiss for failure to state a claim. Having carefully reviewed the record, we
conclude the judgment of the district court was clearly correct. Accordingly, we affirm.
See 8th Cir. R. 47A(a).


        A true copy.


        Attest:


        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.